

IN THE
TENTH COURT OF APPEALS

———————————

No. 10-11-00456-CV

JACKIE RUSSELL KEETER,

Appellant

v.

SANDY GATELY,

Appellee

———————————

From the 52nd District Court
Coryell County, Texas
Trial Court No. COT-11-40758

## MEMORANDUM OPINION

Jackie Russell Keeter appeals from the trial court's denial of his "Petition to Take Deposition to Investigate Potential Claim." *See* TEX. R. CIV. P. 202. In his brief filed on May 18, 2012, Keeter admitted that he was "well aware, that the denial of the taking of a deposition, is enforceable by mandamus only."

By letter dated July 20, 2012, the Clerk of this Court notified Keeter that pursuant to Rules 42.3 and 44.3 of the Texas Rules of Appellate Procedure, this case was subject to dismissal because it appeared the order which was the subject of the appeal was

interlocutory and not appealable. *See In re Jorden*, 249 S.W.3d 416, 419 (Tex. 2008) ("Presuit deposition orders are appealable only if sought from someone against whom suit is not anticipated; when sought from an anticipated defendant (as here), such orders have been considered ancillary to the subsequent suit, and thus neither final nor appealable."). The Clerk further warned Keeter that the Court would dismiss this appeal unless, within 21 days from the date of the letter, a response was filed showing grounds for continuing the appeal. More than 21 days have passed and no response has been received.

This appeal is dismissed. TEX. R. APP. P. 42.3(a); 44.3.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appeal dismissed
Opinion delivered and filed August 23, 2012
[CV06]